10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HEINO BRASCH AND | * |
| JANE AKIN BRASCH | * |
| | * CIVIL ACTION NO. B 98 126 |
| V. | * (Jury) |
| | * |
| TOWN OF PALM VALLEY | * |
| TEXAS | * |

ORDER ON DEFENDANT TOWN OF PALM VALLEY'S UNOPPOSED
MOTION TO ENLARGE TIME TO RESPOND TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

On Defendant Town of Palm Valley's Unopposed Motion to Enlarge Time to Respond to Plaintiffs' Motion for Summary Judgment, the Court is of the opinion that the following Order should issue:

IT IS HEREBY ORDERED that Defendant's Motion be GRANTED, and that Defendant be allowed until Friday, February 12, 1999, to file a response to Plaintiffs' Motion for Summary Judgment with the Clerk of this Court.

SIGNED on this the 21 day of _____ 1999, in Brownsville, Texas.

_____
HON. HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

r:\brasch.tml\enlarge.doc