15

United States District Court
Southern District of Texas
FILED

FEB 18 1999

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Brash

versus                                  §
                                        §
                                        §   CIVIL ACTION B- 98-126
Town of Palm Valley                     §
                                        §

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.                        ☐ Bench    ☒ Jury

2. New parties must be joined by:                                   __3-18-99__

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by:  __4-16-99__

4. The defendant's experts must be named with a report furnished     __6-16-99__
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                                   __8-15-99__

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by:                                         __9-15-99__

*************************************************************************

7. Joint pretrial order is due:                                      __10-20-99__

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  __11-4-99 at 1:30 pm.__

   The case will remain on standby until tried.

   Signed __February 18__, 199_9_, at Brownsville, Texas.

                                                   _____
                                                          Hilda G. Tagle
                                                   United States District Judge