25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HEINO BRASCH AND | § |
| JANE AKIN BRASCH | § |
| | § |
| | § |
| v. | §   CIVIL ACTION NO. B-98-126 |
| | § |
| TOWN OF PALM VALLEY, TEXAS | § |

## ORDER

The Court makes the following rulings:

1.  Defendant's Motion for Leave to File Cross-Motion For Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment with Supporting Brief <u>In Excess of Page Limit</u> [Dkt. No. 12] is **DENIED**.

2.  Defendant's Motion for Leave to File its First Amended Cross-Motion for Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment with Supporting Brief is **DENIED.**

3.  Defendant's Motion to Exceed the 25 Page Limit in its First Amended Cross-Motion for Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment with Supporting Brief is **DENIED.**

4.  Plaintiffs' Opposed Motion to Strike the Defendant's Cross-Motion for Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment

with Supporting Brief is **GRANTED.** This order does not strike the attached exhibits.

5.  The Court further orders that Defendant submit Defendant's Cross-Motion for Summary Judgment separately from Defendant's Response in Opposition to Plaintiffs' Motion for Summary Judgment. Both documents should be submitted to the Court no later than March 1, 1999, and neither document should exceed the 25 page limit. New exhibits need not be submitted. Plaintiffs will have until March 22, 1999, to respond to said motions.

DONE at Brownsville, Texas, this \_\_25\_\_ day of February 1999.

_____
Hilda G. Tagle
United States District Judge