36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 07 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| HEINO BRASCH § | |
| and § | |
| JANE AKIN BRASCH § | |
| § | CIVIL ACTION NO. B-98-126 |
| vs. § | (Jury) |
| § | |
| TOWN OF PALM VALLEY, TEXAS § | |

## ORDER

The Joint Motion to Abate Disclosure and Discovery Deadlines is GRANTED. Those portions of the Scheduling Order entered herein pertaining to disclosure and discovery deadlines are abated until further order of this Court.

DATED this 7 day of May, 1999 in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE