38

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
JUL 21 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Brasch, et al     §
                 §
versus         §   CIVIL ACTION B98-126
                 §
Town of Palm Valley   §

### Order Setting Hearing

1.    A motion hearing will be held before Judge Hilda G. Tagle on:

         __07-30__, 1999

         at __1:30__ p..m.

         Courtroom, Third Floor
         United States Courthouse
         600 E. Harrison Street, #306
         Brownsville, Texas 78520.

2.    Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.    The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __July 20th__, 1999, at Brownsville, Texas.

                                      Hilda G. Tagle
                                      United States District Judge