44

United States District Court
Southern District of Texas
ENTERED

OCT 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| Heino Brasch and Jane Akin Brasch, § § Plaintiffs, § § v. § § Town of Palm Valley, Texas, § § Defendant. § | CIVIL ACTION NO. B-98-126 |

## ORDER

BE IT REMEMBERED that on October 15, 1999 the Court considered Plaintiff's Objections to Defendant's Additional Pleadings [Dkt. No. 33]. The Court rules that the Plaintiff's motion is **DENIED**.

DONE at Brownsville, Texas, this __15__ day of October 1999.

Hilda G. Tagle
United States District Judge