IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Heino Brasch and Jane Akin Brasch, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-98-126 |
| Town of Palm Valley and Office of the Attorney General of the State of Texas | § § § | |
| Defendants. | § § | |

FINAL JUDGMENT

The Court having granted Plaintiffs' Motion for Summary Judgment [Dkt. No. 7] through its November 3, 1999 order [Dkt. No. 45], it is **ORDERED** and **ADJUDGED** that the setback provision of Ordinance 83-4 is unconstitutional as applied to the Plaintiffs because it is a taking in violation of Article I, §17 of the Texas Constitution. This declaration is made under the Texas Declaratory Judgment Act. Tex. Civ. Prac. & Rem. Code Ann. § 37.004 (West 1988).

DONE at Brownsville, Texas, this ___7___ day of January 2000.

Hilda G. Tagle
United States District Judge