54

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 02 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Heino Brasch and Jane Akin Brasch, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-126 |
| | § | |
| Town of Palm Valley and Office of the | § | |
| Attorney General of the State of Texas | § | |
| | § | |
| Defendants. | § | |

ORDER OF DISMISSAL

The Court was advised by the Defendant Town of Palm Valley's Motion to Dismiss, filed on February 28, 2000, that the Parties have reached a settlement of all matters in this litigation. The Defendant reports that it has agreed to forego its appeal as part of the settlement agreement. In addition, the Plaintiffs filed a notice to the Court withdrawing their opposed motion for attorney's fees [Dkt. No. 52]. The Court therefore **DISMISSES** this case with prejudice and without costs.

The Court retains jurisdiction to enforce the settlement. See <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this ___ day of ~~February~~ March 2000.

Hilda G. Tagle
United States District Judge