55

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 0 1 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Heino Brasch and Jane Akin Brasch, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-126 |
| | § | |
| Town of Palm Valley and Office of the | § | |
| Attorney General of the State of Texas | § | |
| | § | |
| Defendants. | § | |

FINAL JUDGMENT

The Parties have reached a settlement in this matter and the Court has entered an order of dismissal pursuant to the Parties request. The Court entered a first order of final judgment prior to the Parties' settlement on January 7, 2000 [Dkt. No. 50], however, the Parties filed several post-judgment motions and a motion to reconsider. Therefore, to clarify the record the Court now enters a second final judgment in this case.

The United States District Court Clerk is instructed to terminate all pending motions and close the file on this matter.

DONE at Brownsville, Texas, this ___1___ day of ~~February~~ March 2000.

_____
Hilda G. Tagle
United States District Judge